# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Dale Hare, | No. CV-06-164-PHX-DGC (JCG) |
| Petitioner, | **ORDER** |
| v. | |
| G. Fizer, et al., | |
| Respondents. | |

Pending before the Court are Petitioner Steven Dale Hare's petition for writ of habeas corpus and United States Magistrate Judge Jennifer C. Guerin's Report and Recommendation ("R&R"). Dkt. ##1, 11. The R&R recommends that the Court dismiss the petition. Dkt. #11 at 4. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 4 (citing 28 U.S.C. § 636(b)(1)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and dismiss the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed.

R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Jennifer C. Guerin's R&R (Dkt. #11) is **accepted**.

2. Petitioner Steven Dale Hare's petition for writ of habeas corpus (Dkt. #1) is **dismissed**.

3. The Clerk of Court shall **terminate** this action.

DATED this 9th day of April, 2007.

*David G. Campbell*
United States District Judge

- 2 -